**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| **LEE HINES,**  Plaintiff,  v.  **TINA STARLING, et. al.,**  Defendants. | 7:18-CV-205 (HL) |

**ORDER**

This case is before the Court on a Recommendation from United States Magistrate Judge Thomas Q. Langstaff. (Doc. 95). The Magistrate Judge recommends **GRANTING** Defendants' Motions for Summary Judgment. (Docs. 81, 87).

Plaintiff filed no objections to the Recommendation. Therefore, the Recommendation is accepted and adopted. The Court **GRANTS** Defendants' Motions for Summary Judgment and **DISMISSES** Plaintiff's Complaint.

**SO ORDERED**, this the 29th day of June, 2022.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**