IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

LEE HINES,     *

       Plaintiff,     *

v.     Case No. 7:18-CV-205(HL)

    *

TINA STARLING, et al., 

    *

       Defendants.

    *

## JUDGMENT

Pursuant to this Court's Order dated June 29, 2022, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 29th day of June, 2022.

                             David W. Bunt, Clerk

                             s/ S. B. DeCesare, Deputy Clerk